# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 11-9017-MC-C-FJG |
| | ) | |
| SCOTT N. THOMPSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On April 25, 2012, United States Magistrate Judge Matt J. Whitworth recommended that the court, after making its own independent review of the record, enter an order directing compliance with the Internal Revenue Service summons on a date and at a time agreed upon by Officer Alicia B. Fitzgerald and Respondent Scott N. Thompson, but not later than thirty days after service of an order directing compliance with the summons upon respondent.

The parties were advised they could file written objections to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No objections have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

**IT IS, THEREFORE, ORDERED** that the Report and Recommendation of April 25, 2012, is adopted. (Doc. #7). It is further

**ORDERED** that Petitioner's petition to enforce Internal Revenue Service summons is granted and the Respondent, Wendell D. Bennett, is directed to obey the summons issued to him on November 15, 2011, and each requirement of the summons, at such time and at such place as may hereafter be designated by Officer Fitzgerald or any authorized officer of the IRS, but not later than thirty days after service of this order on Respondent. It is further

**ORDERED** that the Clerk of the Court forward a copy of this order via regular and certified United States Mail, return receipt requested, to Respondent Scott N. Thompson 160 Lazy Way Lane Macks Creek, MO 65786-9305.

Date: July 6, 2012
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge